Northern District Of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave Room 411
Toledo, OH 43604

**Case No. 11−35583−maw**

**In re:**

Kelechi Ejiogu
1601 Leist Avenue
Lima, OH 45805

Olayemi Olugbemisola Ejiogu
1601 Leist Avenue
Lima, OH 45805

**Social Security No.:**

xxx−xx−8980

xxx−xx−2208

## FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Bruce C French is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** February 8, 2013
Form ohnb136

/s/ Mary Ann Whipple
United States Bankruptcy Judge